Robert P. Goe - State Bar No. 137019
Marc C. Forsythe – State Bar No. 153854
Elizabeth A. LaRocque – State Bar No. 219977
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
rgoe@goeforlaw.com
mforsythe@goeforlaw.com
elarocque@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Proposed Attorneys
for Debtor and Debtor in possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RAFIK YOUSSEF KAMELL,<br><br>Debtor and Debtor-in-Possession | Case No. 8:10-bk-15501-TA<br><br>Chapter 7 converted to Chapter 11<br><br>**DECLARATION OF ROBERT P. GOE REGARDING NON-OPPOSITION TO APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY GOE & FORSYTHE, LLP, AS GENERAL BANKRUPTCY COUNSEL**<br><br>[Local Bankruptcy Rule 2014-1(b)(1)]<br><br>[No Hearing Required] |

I, Robert P. Goe, declare and state:

I am a Partner with the law firm of Goe & Forsythe, LLP.  The following matters are within my own knowledge and, if called as a witness, I could and would competently testify thereto.

1    1.    This case was commenced as a Chapter 7 case by the filing of a voluntary

2    petition by RAFIK YOUSSEF KAMELL ("Debtor") filed April 27, 2010.   Debtor requested

3    that this case be converted from Chapter 7 to a case under Chapter 11, with the Order

4    converting the case having been entered September 7, 2010.

5

6    2.    On September 29, 2010, Debtor served the Notice to the Office of the United

7    States Trustee and Parties-in-Interest of Debtor's Application for Order Authorizing

8    Employment of Goe & Forsythe LLP as General Bankruptcy Counsel (the "Notice").  The

9    Notice provided parties in interest with an opportunity to object to the Debtor's Application

10   for Order Authorizing Employment of Goe & Forsythe LLP as General Bankruptcy Counsel

11   and Declaration of Robert P. Goe in Support Thereof (the "Application").  A true and correct

12   copy of the Notice, with accompanying proof of service, is attached hereto as Exhibit 1 and is

13   incorporated herein by this reference.  A copy of the Application, which was filed on

14   September 29, 2010, is attached hereto as Exhibit 2 and is incorporated herein by this

15   reference.

16   3.    As of the date of execution of this Declaration, no objections to the Application

17   have been received by this office, and therefore it is respectfully requested, pursuant to Local

18   Rule 2014-1, that the Court enter its Order Authorizing Employment of Goe & Forsythe LLP

19   as General Bankruptcy Counsel to the Debtor, pursuant to the terms of the Application, and

20   the Proposed Order filed concurrently herewith.

21   I declare under penalty of perjury under the laws of the United States that the

22   foregoing is true and correct.

23   EXECUTED this 14th day of October, 2010, at Irvine, California.

24

25

26   By: _____
         Robert P. Goe

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Robert P. Goe (State Bar No. 137019)
Marc C. Forsythe (State Bar No. 153854)
Elizabeth A. LaRocque (State Bar No. 219977)
GOE & FORSYTHE, LLP
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
Telephone:    (949) 798-2460
Facsimile:    (949) 955-9437
E-mail:    rgoe@goeforlaw.com
            mforsythe@goeforlaw.com
            elarocque@goeforlaw.com

Proposed Attorneys for Debtor and Debtor in Possession,
Rafik Youssef Kamell

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RAFIK YOUSSEF KAMELL,<br><br>     Debtor and Debtor-in-Possession | Case No. 8:10-bk-15501-TA<br><br>Chapter 13 being converted to Chapter 11<br><br>**NOTICE TO CREDITORS AND ALL PARTIES IN INTEREST OF THE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY GOE & FORSYTHE, LLP, AS CHAPTER 11 GENERAL BANKRUPTCY COUNSEL**<br><br>[Local Bankruptcy Rule 2014-1(b)]<br><br>[No Hearing Required] |

**TO THE UNITED STATES TRUSTEE, CREDITORS, AND PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that **RAFIK YOUSSEF KAMELL**, the Debtor and Debtor-in-Possession (herein "Applicant" or "Debtor") for the proposed Chapter 11 Estate, intends to file an Application for Authority to Employ Goe & Forsythe, LLP, (the "Firm") as the Chapter 11 General Bankruptcy Counsel (the "Application").

    A.    The Petition commencing this case was a Chapter 7 case filed April 27, 2010. Debtor requested that this case be converted from Chapter 7 to a case under Chapter 11, with the Order converting the case having been entered September 7, 2010.

B.    By the Application, Debtor requests the Court enter its Order authorizing Debtor, pursuant to 11 U.S.C. § 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to employ the Firm, including its members, associate attorneys and attorneys of counsel, as its general bankruptcy counsel in such amounts as the Court may hereafter allow in accordance with law.

C.    Debtor requires the employment of the Firm to render the following types of professional services:

a.    To advise and assist Debtor with respect to compliance with the requirements of the United States Trustee;

b.    To advise Debtor regarding matters of bankruptcy law, including the rights and remedies of Debtor in regards to its assets and with respect to the claims of creditors;

c.    To represent Debtor in any proceedings or hearings in the Bankruptcy Court and in any action in any other court where Debtor's rights under the Bankruptcy Code may be litigated or affected;

d.    To conduct examinations of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, and pleadings related to the Chapter 11 case;

e.    To advise Debtor concerning the requirements of the Bankruptcy Court and applicable rules as the same affect Debtor in this proceeding;

f.    To assist Debtor in negotiation, formulation, confirmation, and implementation of a Chapter 11 plan of reorganization;

g.    To make any bankruptcy court appearances on behalf of Debtor; and

h.    To take such other action and perform such other services as Debtor may require of the Firm in connection with a Chapter 11 case.

D.    Prior to the conversion of the case, the Firm received $15,000.00, which was paid by Debtor.

E.    The Firm does not hold or represent any interest adverse to the Debtor or Debtor's estate, and the Firm is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

F.    The Firm's retainer agreement requests payment of the Firm's fees and costs on a monthly basis once its retainer is exhausted.  In accordance with the provisions of the U. S. Trustee Fee Guide, the Firm will file monthly with the U. S. Trustee a copy of the Firm's monthly invoice (the "Fee Notice") with respect to fees for professional services rendered to the Debtor, and for reimbursement of expenses incurred on behalf of Debtor, and will serve copies of the Fee Notice upon the Debtor, upon the creditors holding the twenty largest general unsecured claims in the Debtor's case, and upon those parties who request special notice in the Debtor's case.  If no objection to the Fee Notice is filed and served within ten (10) days after the service of the Fee Notice, the Debtor will pay to the Firm the amount of fees and costs represented by that monthly invoice without further notice, hearing, or order of the Court.  If a written objection to the Firm's Fee Notice is filed by a party-in-interest, the objecting party and the Firm will attempt to resolve such objection consensually.  If such objection cannot be resolved consensually, no payment of the disputed amount of the Fee Notice will be paid to the Firm until the objection has been resolved by the Court.  Any failure to serve timely an objection to a Fee Notice will be deemed to be a waiver of any objection to the payment of the fees and costs requested by such Fee Notice, but will not be deemed to be a waiver of any objection to the allowance by the Court of such fees and costs.

G.    To the best of Debtor's knowledge neither the Firm nor any of the attorneys comprising or employed by it, have any connection with Debtor, Debtor's accountant, Debtor's

1  creditors, any other party in interest, or its respective attorneys or accountants, other than as
disclosed above.

2        H.      The Firm is a disinterested person within the meaning of 11 U.S.C. § 101(14).
Furthermore, the Firm does not have an interest adverse to Debtor's estate in accordance with 11

3  U.S.C. §327.

4        I.      None of the attorneys comprising or employed by the Firm is related to any judge
of the United States Bankruptcy Court for the Central District of California, the United States

5  Trustee, or to any person employed in the Office of the United States Trustee.

6        **IF YOU DO NOT OPPOSE THE APPLICATION, YOU NEED TAKE NO**

7  **FURTHER ACTION.  IF YOU OBJECT TO THE APPLICATION, PURSUANT TO
LOCAL BANKRUPTCY RULE 2014-1, OBJECTIONS AND A WRITTEN REQUEST**

8  **FOR HEARING MUST BE FILED WITH THE COURT WITHIN FOURTEEN (14) DAYS
OF THE DATE OF SERVICE OF THIS NOTICE, IN THE FORM REQUIRED BY**

9  **LOCAL BANKRUPTCY RULE 9013-1(o)(1).  YOU MUST FILE YOUR OBJECTION
AND REQUEST FOR A HEARING WITH THE CLERK OF THE UNITED STATES**

10 **BANKRUPTCY COURT LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA
92701.  YOU MUST SERVE A COPY OF YOUR OBJECTION TO THE APPLICATION**

11 **AND REQUEST FOR A HEARING ON THE DEBTOR'S PROPOSED COUNSEL AT**

12 **THE ADDRESS INDICATED IN THE UPPER LEFT-HAND CORNER OF THIS
NOTICE, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED**

13 **AT 411 WEST FOURTH STREET, SUITE 9041, SANTA ANA, CA 92701-8000.  UPON
RECEIPT OF A WRITTEN OBJECTION AND REQUEST FOR A HEARING, THE**

14 **DEBTOR'S PROPOSED COUNSEL WILL OBTAIN A HEARING DATE AND GIVE
APPROPRIATE NOTICE THEREOF.  ANY FAILURE TO TIMELY FILE AND SERVE**

15 **OBJECTIONS MAY RESULT IN ANY SUCH OBJECTIONS BEING WAIVED.**

16        For a copy of the Application, please contact Bill Goletz at Debtor's proposed counsel,

17 Goe & Forsythe, LLP at (949) 798-2460.

18 DATED:  September 29, 2010                     Respectfully submitted by:

19                                                **GOE & FORSYTHE, LLP**

20                                                By: /s/Robert P. Goe

21                                                     Robert P. Goe
                                                     Proposed Attorneys For Debtor

22                                                     and Debtor-in-Possession

23

24

25

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612.

A true and correct copy of the foregoing document described **NOTICE TO CREDITORS AND ALL PARTIES IN INTEREST OF THE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY GOE & FORSYTHE, LLP, AS CHAPTER 11 GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 29, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- Ramesh Singh    claims@recoverycorp.com
- Eric J Testan    ecfcacb@piteduncan.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On September 29, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY,~~ FACSIMILE TRANSMISSION OR EMAIL~~** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 29, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 29, 2010 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| Date | Type Name | Signature |

**Debtor**
Rafik Youssef Kamell
800 South Beach Blvd., Suite F
La Habra, CA 90631-6480

United States Trustee (SA)
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

Afni, Inc.
Attn: DP Recovery Support
PO Box 3427
Bloomington, IL 61702-3427

Bank of America
PO Box 17054
Wilmington, DE 19850-7054

Chase Card Services
Attn: Mark Pascale
Mailstop DE1-1406
201 North Walnut Street
Wilmington, DE 19801-2920

Citi
PO Box 6241
Sioux Falls, SD 57117-6241

Discover Financial
Attn: Bankruptcy Department
PO Box 3025
New Albany, OH 43054-3025

Suntrust Bank
PO Box 85092
Richmond, VA 23286-0001

Suntrust Mortgage/cc 5
Attn: Bankruptcy
PO Box 85092
Richmond, VA 23286-0001

Frank Sariol
1600 N Broadway, Suite 650
Santa Ana, CA 92706-3927

Karen S. Naylor, Trustee
PO Box 504
Santa Ana, CA 92702-0504

~~Chase~~
~~PO Box 1093~~
~~Northridge, CA 91328~~
Unable to Fwd: 08-16-10

Wells Fargo Bank Nv Na
PO Box 31557
Billings, MT 59107

Wells Fargo Business Dept.
PO Box 29482
Phoenix, AZ 85038

Wells Fargo Bank
PO Box 60510
Los Angeles, CA 90060

Wells Fargo Bank
PO Box 10438
Des Moines, IA 50306

Central Mortgage Company
f/k/a Downey Savings & Loan
Box 8045
Little Rock, AR 72203-8045

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-8000

Yellow Book Sales & Dist.
RMS BK Recovery Services
PO Box 5126
Timonium, MD  21094-5126

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

1  Robert P. Goe (State Bar No. 137019)
   Marc C. Forsythe (State Bar No. 153854)
2  Elizabeth A. LaRocque (State Bar No. 219977)
   GOE & FORSYTHE, LLP
3  18101 Von Karman Avenue, Suite 510
   Irvine, CA 92612
4  Telephone:    (949) 798-2460
   Facsimile:    (949) 955-9437
5  E-mail:    rgoe@goeforlaw.com
              mforsythe@goeforlaw.com
6              elarocque@goeforlaw.com

7  Proposed Attorneys for Debtor and Debtor in Possession,
   Rafik Youssef Kamell

8

9                UNITED STATES BANKRUPTCY COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                      SANTA ANA DIVISION

12  In re                              Case No. 8:10-bk-15501-TA

13  RAFIK YOUSSEF KAMELL,              Chapter 11 Proceeding
                                          converted from Chapter 7
14           Debtor and Debtor-in-Possession

15                                     APPLICATION OF DEBTOR AND
                                       DEBTOR IN POSSESSION FOR
16                                     AUTHORITY TO EMPLOY GOE &
                                       FORSYTHE, LLP, AS CHAPTER 11
17                                     GENERAL BANKRUPTCY COUNSEL;
                                       DECLARATION OF ROBERT P. GOE IN
18                                     SUPPORT THEREOF

19                                     [NO HEARING REQUIRED]

20

21

22

23      **RAFIK YOUSSEF KAMELL**, Debtor and Debtor in possession herein (referred to as

24  "Applicant" or "Debtor"), for the proposed Chapter 11 estate in the above-referenced bankruptcy

25  case, hereby apply to this Court for an order authorizing Debtor to employ Goe & Forsythe,

26  LLP, (the "Firm") as Debtor's general bankruptcy counsel, pursuant to the provisions of

27  11 U.S.C. Section 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.   In

28  support thereof, the Applicant respectfully represents as follows:

                                     1

1.    The Petition commencing this case was a Chapter 7 case filed April 27, 2010.

Debtor requested that this case be converted from Chapter 7 to Chapter 11.  See Declaration of

Robert P. Goe ("Goe Declaration"), ¶ 2, attached hereto and incorporated herein by this

reference.

2.    Applicant, who is the Debtor and Debtor-in-Possession in the Chapter 11 case,

has requested the Firm to represent him in the Chapter 11 proceeding.  Goe Declaration, ¶ 3.

3.    An Order converting the case to a case under Chapter 11 was entered September

7, 2010.   Goe Declaration, ¶ 4.

4.    The Firm will render services to Debtor at the Firm's regular hourly rates, which

may be subject to adjustment in the future.  Goe Declaration, ¶ 5.

5.    The Firm is comprised of attorneys who specialize in insolvency, bankruptcy and

corporate reorganization and is well qualified to represent Debtor in proceedings of this nature.

All attorneys comprising or associated with the Firm who will render services in this case are

duly admitted to practice law in the Courts of the State of California and in the United States

District Court for the Central District of California.  Goe Declaration, ¶ 6.

6.    Debtor requires the services of the Firm to render the following types of

professional services:

A.    To advise and assist Debtor with respect to compliance with the requirements of the

United States Trustee;

B.    To advise Debtor regarding matters of bankruptcy law, including the rights and

remedies of Debtor in regards to its assets and with respect to the claims of creditors;

C.    To represent Debtor in any proceedings or hearings in the Bankruptcy Court and in

any action in any other court where Debtor's rights under the Bankruptcy Code may be litigated or

affected;

2

D.    To conduct examinations of witnesses, claimants, or adverse parties and to prepare

and assist in the preparation of reports, accounts, and pleadings related to the Chapter 11 case;

E.    To advise Debtor concerning the requirements of the Bankruptcy Court and

applicable rules as the same affect Debtor in this proceeding;

F.    To assist Debtor in negotiation, formulation, confirmation, and implementation of a

Chapter 11 plan of reorganization;

G.    To make any bankruptcy court appearances on behalf of Debtor; and

H.    To take such other action and perform such other services as Debtor may require of

the Firm in connection with the Chapter 11 case.

7.    Prior to the conversion of the case, the Firm received $15,000.00, which was paid

by Debtor.  Goe Declaration, ¶ 8.

8.    The Firm's retainer agreement requests payment of the Firm's fees and costs on a

monthly basis once its retainer is exhausted.   In accordance with the provisions of the U. S.

Trustee Fee Guide, the Firm will file monthly with the U. S. Trustee a copy of the Firm's monthly

invoice (the "Fee Notice") with respect to fees for professional services rendered to the Debtor,

and for reimbursement of expenses incurred on behalf of Debtor, and will serve copies of the Fee

Notice upon the Debtor, upon the creditors holding the twenty largest general unsecured claims in

the Debtor's case, and upon those parties who request special notice in the Debtor's case.  If no

objection to the Fee Notice is filed and served within ten (10) days after the service of the Fee

Notice, the Debtor will pay to the Firm the amount of fees and costs represented by that monthly

invoice without further notice, hearing, or order of the Court.  If a written objection to the Firm's

Fee Notice is filed by a party-in-interest, the objecting party and the Firm will attempt to resolve

such objection consensually.   If such objection cannot be resolved consensually, no payment of

the disputed amount of the Fee Notice will be paid to the Firm until the objection has been

resolved by the Court.   Any failure to serve timely an objection to a Fee Notice will be deemed to

be a waiver of any objection to the payment of the fees and costs requested by such Fee Notice,

but will <u>not</u> be deemed to be a waiver of any objection to the allowance by the Court of such fees

and costs.   Goe Declaration, ¶ 9.

9.      In the event the Firm seeks payment from the bankruptcy estate, the Firm

intends to apply to this Court for compensation in conformity with Bankruptcy Code §§ 328, 330,

and 331 and understands that its compensation will be subject to the approval of the Court.   Goe

Declaration, ¶ 10.

10.      To the best of Debtor's knowledge neither the Firm nor any of the attorneys

comprising or employed by it, have any connection with Debtor, Debtor's accountant, Debtor's

creditors, any other party in interest, or its respective attorneys or accountants. Goe Declaration,

¶ 11.

11.      The Firm is a disinterested person within the meaning of 11 U.S.C. § 101(14).

Furthermore, the Firm does not have an interest adverse to Debtor's estate in accordance with 11

U.S.C. §327. Goe Declaration, ¶ 12.

12.      None of the attorneys comprising or employed by the Firm is related to any judge

of the United States Bankruptcy Court for the Central District of California, the United States

Trustee, or to any person employed in the Office of the United States Trustee.   Goe Declaration,

¶ 13.

13.      Debtor believes that the employment of the Firm on the terms and conditions set

forth above is in the best interests of Debtors' estate. Goe Declaration, ¶ 14.

/ / /

/ / /

/ / /

4

1       WHEREFORE, Debtor prays that the Court enter its Order as follows:

2       1.     Immediately authorizing Debtor, based upon the foregoing and pursuant to

3 11 U.S.C. §327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to employ the

4

5 Firm as its general bankruptcy counsel, with compensation to be in accordance with the terms set

6 forth herein; and

7       2.     Granting such other and further relief as the Court deems just and appropriate.

8

9 DATED: _____          RAFIK YOUSSEF KAMELL

10                                           Debtor and Debtor-in-Possession herein

11

12                                   _____

13                                   Rafik Youssef Kamell

14

15 Respectfully presented by:
**GOE & FORSYTHE, LLP**

16

17 By: /s/Robert P. Goe_____

18      Robert P. Goe
     Proposed Attorneys for Debtor and

19      Debtor-in-Possession

20

21

22

23

24

25

26

27

28

## DECLARATION OF ROBERT P. GOE

I, Robert P. Goe, declare and state:

1.      The matters stated herein are true and correct and within my own personal knowledge and belief.  I am member of the law firm of Goe & Forsythe (the "Firm").

2.      The Petition commencing this case was a Chapter 7 filed April 27, 2010; however, Debtor requested that this case be converted from Chapter 7 to Chapter 11.

3.      Applicant, who is the Debtor and Debtor-in-Possession in this Chapter 11 case, has requested the Firm to represent it in the Chapter 11 proceeding.

4.      An Order converting the case to a case under Chapter 11 was entered September 7, 2010.

5.      The Firm will render services to Debtor at the Firm's regular hourly rates, which may be subject to adjustment in the future.

6.      The Firm is comprised of attorneys who specialize in insolvency, bankruptcy and corporate reorganization and is well qualified to represent Debtor in proceedings of this nature. All attorneys comprising or associated with the Firm who will render services in this case are duly admitted to practice law in the Courts of the State of California and in the United States District Court for the Central District of California.

7.      Debtor requires the services of the Firm to render the following types of professional services:

A.      To advise and assist Debtor with respect to compliance with the requirements of the United States Trustee;

B.      To advise Debtor regarding matters of bankruptcy law, including the rights and remedies of Debtor in regards to its assets and with respect to the claims of creditors;

C.    To represent Debtor in any proceedings or hearings in the Bankruptcy Court and in any action in any other court where Debtor's rights under the Bankruptcy Code may be litigated or affected;

D.    To conduct examinations of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, and pleadings related to this Chapter 11 case;

E.    To advise Debtor concerning the requirements of the Bankruptcy Court and applicable rules as the same affect Debtor in this proceeding;

F.    To assist Debtor in negotiation, formulation, confirmation, and implementation of a Chapter 11 plan of reorganization;

G.    To make any bankruptcy court appearances on behalf of Debtor; and

H.    To take such other action and perform such other services as Debtor may require of the Firm in connection with this Chapter 11 case.

8.    Prior to the conversion of the case, the Firm received $15,000.00, which has been paid by the Debtor.

9.    The Firm's retainer agreement requests payment of the Firm's fees and costs on a monthly basis once its retainer is exhausted.   In accordance with the provisions of the U. S. Trustee Fee Guide, the Firm will file monthly with the U. S. Trustee a copy of the Firm's monthly invoice (the "Fee Notice") with respect to fees for professional services rendered to the Debtor, and for reimbursement of expenses incurred on behalf of Debtor, and will serve copies of the Fee Notice upon the Debtor, upon the creditors holding the twenty largest general unsecured claims in the Debtor's case, and upon those parties who request special notice in the Debtor's case.   If no objection to the Fee Notice is filed and served within ten (10) days after the service of the Fee Notice, the Debtor will pay to the Firm the amount of fees and costs represented by that monthly

Case 8:10-bk-15501-TA    Doc 61    Filed 09/29/10    Entered 09/29/10 11:48:59    Desc
Main Document    Page 17 of 22

invoice without further notice, hearing, or order of the Court.   If a written objection to the Firm's

Fee Notice is filed by a party-in-interest, the objecting party and the Firm will attempt to resolve

such objection consensually.   If such objection cannot be resolved consensually, no payment of

the disputed amount of the Fee Notice will be paid to the Firm until the objection has been

resolved by the Court.   Any failure to serve timely an objection to a Fee Notice will be deemed to

be a waiver of any objection to the payment of the fees and costs requested by such Fee Notice,

but will <u>not</u> be deemed to be a waiver of any objection to the allowance by the Court of such fees

and costs.

10.     In the event the Firm seeks payment from the bankruptcy estate, the Firm

intends to apply to this Court for compensation in conformity with Bankruptcy Code §§ 328, 330,

and 331 and understands that its compensation will be subject to the approval of the Court.

11.     To the best of Debtor's knowledge neither the Firm nor any of the attorneys

comprising or employed by it, have any connection with Debtor, Debtor's accountant, Debtor's

creditors, any other party in interest, or their respective attorneys or accountants.

12.     The Firm is a disinterested person within the meaning of 11 U.S.C. §

101(14).  Furthermore, the Firm does not have an interest adverse to Debtor's estate in

accordance with 11 U.S.C. §327.

13.     None of the attorneys comprising or employed by the Firm is related to any judge

of the United States Bankruptcy Court for the Central District of California, the United States

Trustee, or to any person employed in the Office of the United States Trustee.

14.     Debtor believes that its employment of the Firm on the terms and conditions set

forth above is in the best interests of its estate.

15.     Immediately below is a list of the professionals employed by the Firm and their

current hourly rates:

| Professionals | Hourly Rate |
|---|---|
| Robert P. Goe | $350.00 |
| Marc C. Forsythe | $350.00 |
| **Associates** | |
| Elizabeth A. LaRocque | $275.00 |
| **Legal Assistants** | |
| Bill Goletz | $140.00 |
| Michelle Friis | $140.00 |
| Kerry A. Murphy | $140.00 |
| **Law Clerks** | |
| Jon Alvanos | $75.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: September 28, 2010        By: /s/Robert P. Goe
                                        Robert P. Goe

1   COMMENTS OF THE OFFICE OF THE UNITED STATES TRUSTEE

2

3

| | THE UNITED STATES TRUSTEE TAKES NO POSITION |
|---|---|
| | THE UNITES STATES TRUSTEE HAS NO OBJECTION |
| | THE UNITED STATES TRUSTEE OBJECTS AND REQUESTS A HEARING. |
| | AN OBJECTION IS RAISED AS SET FORTH BELOW. |

8

9   COMMENTS:

10

11

12

13

14

15   DATED: _____

16

17                              OFFICE OF THE U. S. TRUSTEE

18

19

20                       By: _____

21                       Name: _____

22

23   Case Name:     **RAFIK YOUSSEF KAMELL**
     Case No.       **8:10-bk-15501-TA**

24   Name of       **APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR**
     Document:     **AUTHORITY TO EMPLOY GOE & FORSYTHE, LLP, AS**

25                    **CHAPTER 11 GENERAL BANKRUPTCY COUNSEL**

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612.

A true and correct copy of the foregoing document described **APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY GOE & FORSYTHE, LLP, AS CHAPTER 11 GENERAL BANKRUPTCY COUNSEL; DECLARATION OF ROBERT P. GOE IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 29, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- Ramesh Singh    claims@recoverycorp.com
- Eric J Testan    ecfcacb@piteduncan.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 29, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 29, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA (hand delivered)

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 29, 2010 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                           **F 9013-3.1**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612.

A true and correct copy of the foregoing document described **DECLARATION OF ROBERT P. GOE REGARDING NON-OPPOSITION TO THE APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY GOE & FORSYTHE LLP AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 14, 2010</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- Ramesh Singh    claims@recoverycorp.com
- Eric J Testan    ecfcacb@piteduncan.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~**(indicate method for each person or entity served): On <u>October 14, 2010</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, ~~FACSIMILE TRANSMISSION OR EMAIL~~** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>October 14, 2010</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

- The Honorable Theodor Albert, USBC, 411 West Fourth Street, Santa Ana, CA  92701 (hand delivered)

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 14, 2010 | William Goletz | |
|---|---|---|
| Date | Type Name | Signature |